ORIGINAL

FILED
MAR 16 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **J.H. PARKER CONSTRUCTION CO., INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | **Case No.** 07-183 C |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DISCLOSURE OF CORPORATE INTEREST**

COMES NOW J.H. Parker Construction Co., Inc. ("Parker"), by counsel and pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims ("RCFC"), and for its Disclosure Statement states that Parker is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership, or other business entity owns 10% or more of Parker's stock.

Dated: March 16th, 2007

Respectfully submitted,
By Counsel for Plaintiff,

Carter B. Reid
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Tel: (703) 749-1000
Fax: (703) 893-8029
E-mail: creid@wthf.com