ORIGINAL

FILED
MAR 1 6 2007
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**J.H. PARKER CONSTRUCTION CO., INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**Case No.** 07-183 C

## NOTICE OF DIRECTLY RELATED CASE

COMES NOW Plaintiff, J.H. Parker Construction Company, Inc. ("Parker"), and pursuant to Rule 40.2(a) of the Rules of the United States Court of Federal Claims (RCFC) files this Notice of Directly Related Case informing this Honorable Court of a case previously filed in this Court that involved the same parties, the same contract, and similar claims. On March 23, 2004, Plaintiff filed a complaint in this Court captioned, J.H. Parker Construction Co., Inc. v. United States, No. 04-471C, which involved the same contract, the same parties, and the same facts as the case filed concurrently with this notice. The previously filed matter was dismissed on January 31, 2007, pursuant to a Joint Stipulation of Dismissal.

Dated: March 16th, 2007

Carter B. Reid, Esquire
Watt, Tieder, Hoffar& Fitzgerald, LLP
8405 Greensboro Dr., Ste. 100
McLean, Virginia 22102
Phone: (703) 749-1000
Fax: (703) 749-8029
E-mail: creid@wthf.com