IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JH PARKER CONSTRUCTION COMPANY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-183C |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of James W. Poirier as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

James W. Poirier
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 616-0856
Fax: (202) 514-7969

March 23, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

S/ James W. Poirier