**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| J.H. PARKER CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-183C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME**
**TO FILE JOINT PRELIMINARY STATUS REPORT**

COME NOW Plaintiff, J.H. Parker Construction Co., Inc. ("Parker"), and Defendant, United States, and hereby move this honorable Court for an extension of time of fourteen (14) days, to and including July 23, 2007, within which to file their Joint Preliminary Status Report ("JPSR"). In support of their motion, the parties represent that:

1. No previous extension has been requested or obtained;

2. Counsel initially conferred on June 11, 2007 regarding the JPSR and disagree as to the contents and discovery schedule to be included;

3. Counsel conferred again on June 26, 2007 and are working toward a comprehensive discovery schedule to be agreed upon by both parties. Due to the size and scope of the project at issue, the parties are discussing the extent of discovery and expert participation required in this case;

4. Due to scheduling conflicts, counsel will be unavailable to resolve the disagreement between the parties before July 9, 2007;

WHEREFORE, the parties respectfully request that this honorable Court grant an extension of time of 14 days, to and including July 23, 2007 within which to file their JPSR. Counsel for Defendant has authorized counsel for Parker to file this joint motion on his behalf.

Dated: June 28, 2007.

Respectfully submitted,

________s/________
Carter B. Reid, Esquire
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Tel: 703- 749-1000
Fax: 703-893-8029
creid@wthf.com
Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

_____s/______
Bryant G. Snee
BRYANT G. SNEE
Assistant Director

_____s/______
James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tel: 202-307-6289
Fax: 202-514-7969
James.Poirier@usdoj.gov
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing document, Joint Motion For Enlargement Of Time To File Joint Preliminary Status Report, has been served upon all persons noted below by way of first-class mail, postage prepaid, or facsimile on the 28th day of June, 2007. Additionally, I certify that this case being designated as an electronic case in the court's CM/ECF system, notice of electronic filing constitutes a certificate of service as to all parties to whom electronic notice is sent.

James W. Poirier
Trial Attorney
U.S Department of Justice
Commercial Litigation Branch
Classification Unit/8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: 202-616-0856
Fax: 202-514-7969
Counsel for Defendant

________s/_________
Carter B. Reid
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Tel: (703) 749-1000
Fax: (703) 893-8029
E-mail: creid@wthf.com