# In the United States Court of Federal Claims

No. 07-183C
(Filed: June 29, 2007)

****************************************
**J.H. PARKER CONSTRUCTION COMPANY, INC.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

**ORDER**

On June 28, 2007, the parties filed a joint motion for a fourteen-day enlargement of time to file the Joint Preliminary Status Report ("JPSR"), which is currently due on or before July 9, 2007. The parties request additional time in order to resolve a disagreement regarding "the extent of discovery and expert participation required in this case." In light of the above, the Court hereby GRANTS the parties' motion and ORDERS that the JPSR be filed on or before **July 23, 2007**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge