# In the United States Court of Federal Claims

No. 07-183C
(Filed: July 26, 2007)

*****************************************
*
**J.H. PARKER CONSTRUCTION COMPANY, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*****************************************

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, for the efficient administration of justice and with the consent of the transferee judge, this case is hereby transferred to Judge Eric G. Bruggink.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge