# In the United States Court of Federal Claims

No. 07-183C
(Filed: September 4, 2007)

* * * * * * * * * * * * * * * * * * * * * *
J.H. PARKER CONSTRUCTION COMPANY, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * *

ORDER

The telephonic status conference set for September 7, 2007, has been rescheduled as follows:

A telephonic status conference to discuss the parties' Joint Preliminary Status Report will be held Wednesday, September 12, 2007, at 11:00 a.m. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge