# In the United States Court of Federal Claims

No. 07-183C
(Filed: October 26, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
J.H. PARKER CONSTRUCTION
COMPANY, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the parties' proposed schedule for discovery and pre-trial activities, the following schedule is adopted:

1. Plaintiff shall submit its Rule 26(a)(2) expert disclosures on or before March 3, 2008; defendant shall submit its Rule 26(a)(2) expert disclosures on or before April 3, 2008.

2. The parties shall submit any rebuttal expert reports on or before April 30, 2008.

3. The parties shall serve all interrogatories, document requests, and requests for admissions on or before May 2, 2008.

4. The parties shall conclude all depositions of expert witnesses on or before May 23, 2008. The parties shall conclude all discovery on or before June 2, 2008.

5. The parties shall file any dispositive motions on or before June 9, 2008.

6. The parties shall exchange copies and indices of all proposed trial and summary exhibits on or before June 12, 2008.

7. Counsel for the parties shall meet pursuant to Appendix A on July 10, 2008.

8. The parties shall file their list of joint exhibits on or before July 17, 2008.

9. Plaintiff shall file its Memorandum of Contentions of Fact and Law, witness list, and exhibits on or before July 24, 2008; defendant shall file its Memorandum of Contentions of Fact and Law, witness list, and exhibits on or before August 7, 2008.

10. The parties shall file any motions in limine on or before August 14, 2007; all responses to motions in limine shall be filed on or before August 21, 2008.

11. The pretrial conference will be scheduled at a later date.

12. A trial on all issues will be held September 15-19, 2008, in Jackson, Mississippi. The exact location of trial will be determined at a later date.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge