**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| J.H. PARKER CONSTRUCTION COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 07-183C<br>(Senior Judge Bruggink) |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

COME NOW, Plaintiff, J.H. Parker Construction Company ("Parker"), and Defendant, the United States ("Government"), through counsel, and hereby move this honorable Court for an enlargement of forty-five (45) days to all deadlines in this matter. As grounds for this Motion, the parties state as follows:

1. Only one previous extension, of fourteen (14) days, has been granted in this case, for the parties to file their Joint Preliminary Status Report.

2. On February 11, 2008, counsel for both parties, along with each parties' expert consultant, conferred in person and discussed the potential for settling the above-captioned matter.

3. During the conference, the parties established an intensive settlement protocol under which the parties will conduct an informal exchange of information, conduct a series of settlement meetings, and engage in focused discussions aimed at resolving all issues in this case. This schedule will consume significant time and energy on behalf of counsel for both parties.

4. The parties agreed to engage in this protocol in advance of the more expensive discovery phases of this case in the sincere belief that a greater potential for settlement exists before such additional costs are incurred.

5. In addition to the settlement discussions, the Defendant intends to seek an audit of Parker's damages from the Defense Contracting Audit Agency ("DCAA"). This audit may assist to further narrow the issues in this matter.

6. For the reasons discussed above, the parties seek an enlargement of all deadlines in this matter as follows:

1. Plaintiff shall submit its Rule 26(a)(2) expert disclosures on or before April 18, 2008; Defendant shall submit its Rule 26(a)(2) expert disclosures on or before May 19, 2008.

2. The parties shall submit any rebuttal expert reports on or before June 16, 2008.

3. The parties shall serve all interrogatories, document requests, and requests for admissions on or before June 17, 2008.

4. The parties shall conclude all depositions of expert witnesses on or before July 8, 2008. The parties shall conclude all discovery on or before July 17, 2008.

5. The parties shall file any dispositive motions on or before July 24, 2008.

6. The parties shall exchange copies and indices of all proposed trial and summary exhibits on or before July 28, 2008.

7. Counsel for the parties shall meet pursuant to Appendix A on August 25, 2008.

8. The parties shall file their list of joint exhibits on or before September 1, 2008.

9. Plaintiff shall file its Memorandum of Contentions of Fact and Law, witness list, and exhibits on or before September 8, 2008; defendant shall file its Memorandum of Contentions of Fact and Law, witness list, and exhibits on or before September 22, 2008.

10. The parties shall file any motions in limine on or before September 29, 2008; all responses to motions in limine shall be filed on or before October 6, 2008.

11. The pretrial conference will be scheduled at a later date.

12. A trial on all issues will be held November 3-7, 2008, in Jackson, Mississippi. The exact location of trial will be determined at a later date.

WHEREFORE, the parties request that this honorable Court grant this Motion for Enlargement of Time. Counsel for Defendant has authorized Plaintiff to file this Motion on its behalf.

Dated: February 22, 2008

Respectfully submitted,

________s/_______
Carter B. Reid, Esquire
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Tel: 703- 749-1000
Fax: 703-893-8029
creid@wthf.com
Counsel for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

_____s/______
Bryant G. Snee
BRYANT G. SNEE
Deputy Director

_____s/______
James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tel: 202- 616-0856
Fax: 202-514-7969
James.Poirier@usdoj.gov
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing document, Joint Preliminary Status Report, has been served upon all persons noted below by way of first-class mail, postage prepaid, or facsimile on the 22nd day of February, 2008. Additionally, I certify that this case being designated as an electronic case in the court's CM/ECF system, notice of electronic filing constitutes a certificate of service as to all parties to whom electronic notice is sent.

________s/___________

Carter B. Reid
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Tel: (703) 749-1000
Fax: (703) 893-8029
E-mail: creid@wthf.com