# In the United States Court of Federal Claims

No. 07-183C
(Filed: February 29, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
J.H. PARKER CONSTRUCTION
COMPANY, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is the parties' February 22, 2008 motion for an enlargement of time. Pursuant to the parties' amended proposed schedule for discovery and pre-trial activities, the following schedule is adopted:

1. Plaintiff shall submit its Rule 26(a)(2) expert disclosures on or before April 18, 2008; defendant shall submit its Rule 26(a)(2) expert disclosures on or before May 19, 2008.

2. The parties shall submit any rebuttal expert reports on or before June 16, 2008.

3. The parties shall serve all interrogatories, document requests, and requests for admissions on or before June 17, 2008.

4. The parties shall conclude all depositions of expert witnesses on or before July 8, 2008. The parties shall conclude all discovery on or before July 17, 2008.

5. The parties shall file any dispositive motions on or before July 24, 2008.

6. The parties shall exchange copies and indices of all proposed trial and summary exhibits on or before July 28, 2008.

7. Counsel for the parties shall meet pursuant to Appendix A on August 25, 2008.

8. The parties shall file their list of joint exhibits on or before September 2, 2008.

9. Plaintiff shall file its Memorandum of Contentions of Fact and Law, witness list, and exhibits on or before September 8, 2008; defendant shall file its Memorandum of Contentions of Fact and Law, witness list, and exhibits on or before September 22, 2008.

10. The parties shall file any motions in limine on or before September 29, 2008; all responses to motions in limine shall be filed on or before October 6, 2008.

11. The pretrial conference will be scheduled at a later date.

12. A trial on all issues will be held November 3-7, 2008, in Jackson, Mississippi. The exact location of trial will be determined at a later date.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge