IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| J.H. PARKER CONSTRUCTION COMPANY, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-183C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Bruggink) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court grant an enlargement of time of 70 days to all dates in the current schedule. The current schedule is set forth in an order, dated February 29, 2009. This is the second motion for this purpose, the parties having jointly moved for an enlargement of 45 days. Counsel for the plaintiff, J.H. Parker Construction Company, Inc. ("Parker"), has authorized us to state that Parker does not oppose this motion.

Counsel for the parties are currently exploring the possibility of settlement. Counsel agree that it is in the interests of justice and judicial economy to explore settlement possibilities before initiating costly and time-consuming discovery. Accordingly, the parties are cooperating in narrowly-targeted, informal discovery at the present time.

For example, the United States recently provided access to the dam site to Parker's geo-technical expert. For another

example, Parker recently provided an electronic copy of its financial records to the United States and to the Defense Contract Audit Agency ("DCAA").

Both parties agree that successful settlement discussions are more likely to occur after Parker completes its current technical analysis, and after the DCAA completes the audit which was recently begun. The earliest likely date for completion of the DCAA audit is the end of May -- though there is some uncertainty regarding this date.

Furthermore, the person who is likely to testify at trial upon behalf of the United States regarding scheduling matters is due to have surgery soon. Thus, it is unlikely that our expert report on delay issues could be completed according to the current litigation schedule.

For these reasons, we respectfully request that all dates in the order, dated February 29, 2008 be extended by 70 days.

Respectfully submitted,

JEFFREY S. BUCHHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

April 14, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 14, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier