# In the United States Court of Federal Claims

No. 07-183C
(Filed: April 18, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
J.H. PARKER CONSTRUCTION
COMPANY, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

AMENDED SCHEDULING ORDER

Pending is defendant's April 14, 2008 unopposed motion for an enlargement of time of 70 days to all dates in the current schedule. For good cause shown, the motion is granted as follows:

1. Plaintiff shall submit its Rule 26(a)(2) expert disclosures on or before June 27, 2008; defendant shall submit its Rule 26(a)(2) expert disclosures on or before July 28, 2008.

2. The parties shall submit any rebuttal expert reports on or before August 25, 2008.

3. The parties shall serve all interrogatories, document requests, and requests for admissions on or before August 26, 2008.

4. The parties shall conclude all depositions of expert witnesses on or before September 16, 2008. The parties shall conclude all discovery on or before September 25, 2008.

5. The parties shall file any dispositive motions on or before October 2, 2008.

6. The parties shall exchange copies and indices of all proposed trial and summary exhibits on or before October 6, 2008.

7. Counsel for the parties shall meet pursuant to Appendix A on November 3, 2008.

8. The parties shall file their list of joint exhibits on or before November 12, 2008.

9. Plaintiff shall file its Memorandum of Contentions of Fact and Law, witness list, and exhibits on or before November 17, 2008; defendant shall file its Memorandum of Contentions of Fact and Law, witness list, and exhibits on or before December 1, 2008.

10. The parties shall file any motions in limine on or before December 8, 2008; all responses to motions in limine shall be filed on or before December 16, 2008.

11. The pretrial conference will be scheduled at a later date.

12. A trial on all issues will be held January 26-30, 2009, in Jackson, Mississippi. The exact location of trial will be determined at a later date.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge