IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| J.H. PARKER CONSTRUCTION COMPANY, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-183C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Bruggink) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court grant an enlargement of time of 60 days to all dates in the current schedule. The current schedule is set forth in an order, dated April 18, 2009. This is the third motion for this purpose, the parties having jointly moved for an enlargement of 45 days, and the defendant having moved for an enlargement of 70 days. Counsel for the plaintiff, J.H. Parker Construction Company, Inc. ("Parker"), has authorized us to state that Parker does not oppose this motion.

The parties have limited their discovery efforts in the hope that settlement will be possible. The main activity at the present time is an audit of Parker's claim (including a related audit of certain amounts claimed by a subcontractor) by the Defense Contract Audit Agency ("DCAA"). The audit is expected to be completed in mid to late July. Counsel for both parties agree that it is in the interests of justice and judicial economy to

explore settlement possibilities before initiating costly and time-consuming discovery. Accordingly, the parties have postponed extensive discovery until after the completion of the DCAA audit, and subsequent settlement discussions.

The full enlargement of time requested is needed. Parker is currently due to submit its expert report on June 27, 2008. With the enlargement, this deadline will be become August 26, 2008. The revised deadline will permit time for negotiations in late July, after the DCAA audit is completed, and additional time for Parker to complete its expert report in the event that negotiations are unsuccessful.

For these reasons, we respectfully request that all dates in the order, dated April 18, 2008 be extended by 60 days.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

June 17, 2008 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 17, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier