**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| J.H. PARKER CONSTRUCTION COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 07-183C<br>(Senior Judge Bruggink) |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

COME NOW, Plaintiff, J.H. Parker Construction Company ("Parker"), and Defendant, the United States, through counsel, and hereby move this honorable Court for an enlargement of forty-five (45) days to all deadlines in this matter. The current schedule is set forth in an Order dated June 23, 2008. This is the fourth motion for this purpose, the parties having jointly moved for an enlargement of 45 days and 60 days, and the defendant having moved for an enlargement of 70 days.

The main activity at the present time is an audit of Parker's claim by the Defense Contract Audit Agency ("DCAA"). The parties currently estimate completion of the audit in mid to late September. Counsel for both parties agree that it is in the interests of justice and judicial economy to explore settlement possibilities before initiating costly and time-consuming discovery. Accordingly, the parties have postponed extensive discovery until after the completion of the DCAA audit.

The full enlargement of time requested is needed. Parker's expert reports are currently due on August 26, 2008. With the enlargement, this deadline will become October 10, 2008. The revised deadline will permit time for completion of the DCAA audit, settlement negotiations, and additional time for Parker to complete its expert reports in the event that settlement negotiations are

unsuccessful.

WHEREFORE, the parties respectfully request that all dates in the Order, dated June 23, 2008, be extended by 45 days.

Dated: August 25, 2008

Respectfully submitted,

s/
Carter B. Reid, Esquire
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Tel: 703- 749-1000
Fax: 703-893-8029
creid@wthf.com
Counsel for Plaintiff

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/
Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/
James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tel: 202- 616-0856
Fax: 202-514-7969
James.Poirier@usdoj.gov
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I certify that on August 25, 2008, a copy of the foregoing Joint Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_______s/__________

Carter B. Reid
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Tel: (703) 749-1000
Fax: (703) 893-8029
E-mail: creid@wthf.com