# In the United States Court of Federal Claims

No. 07-183C
(Filed: September 5, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
J.H. PARKER CONSTRUCTION
COMPANY, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

## AMENDED SCHEDULING ORDER

Pending is parties' August 25, 2008 joint motion for an extension of time of 45 days to all dates in the current schedule to complete discovery. For good cause shown, the motion is granted as follows, giving the parties 49 days (seven weeks), to complete discovery:

1. Plaintiff shall submit its Rule 26(a)(2) expert disclosures on or before October 14, 2008; defendant shall submit its Rule 26(a)(2) expert disclosures on or before November 13, 2008.

2. The parties shall submit any rebuttal expert reports on or before December 15, 2008.

3. The parties shall serve all interrogatories, document requests, and requests for admissions on or before December 16, 2008.

4. The parties shall conclude all depositions of expert witnesses on or before January 5, 2009. The parties shall conclude all discovery on or before January 14, 2009.

5. The parties shall file any dispositive motions on or before January 22, 2009.

6. The parties shall exchange copies and indices of all proposed trial and summary exhibits on or before January 26, 2009.

7. Counsel for the parties shall meet pursuant to Appendix A on February 23, 2009.

8. The parties shall file their list of joint exhibits on or before March 3, 2009.

9. Plaintiff shall file its Memorandum of Contentions of Fact and Law, witness list, and exhibits on or before March 10, 2009; defendant shall file its Memorandum of Contentions of Fact and Law, witness list, and exhibits on or before March 24, 2009.

10. The parties shall file any motions in limine on or before March 31, 2009; all responses to motions in limine shall be filed on or before April 8, 2009.

11. The pretrial conference will be scheduled at a later date.

12. A trial on all issues will be held June 1-5, 2009, in Jackson, Mississippi. The exact location of trial will be determined at a later date.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge